IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40567
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TERRY ANDERSON, also known as
Terri Blackburn,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-CR-50-1
- - - - - - - - - -
February 12, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Terry Anderson appeals her sentence for her conviction of
conspiracy to manufacture with intent to distribute
methamphetamine.  She argues that the district court clearly
erred in finding that she possessed a firearm during the
commission of the drug offense.

     The presentence report (PSR) was sufficiently reliable in
demonstrating, and Anderson presented no evidence to rebut, that

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the gun was found in her residence, that her residence was a known site for drug distributions during the drug conspiracy, and that the conspiracy existed at the time the gun was found.  The district court's two-level enhancement of Anderson's base offense under the United States Sentencing Guidelines § 2D1.1(b)(1) was not clear error.  See United States v. Caicedo, 103 F.3d 410, 412 (5th Cir. 1997); see also United States v. Puig-Infante, 19 F.3d 929, 943 (5th Cir. 1994).

AFFIRMED.